```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ANNIE BELL ADAMS, et al.,                    12 Civ. 7461 (NRB)

                 Plaintiffs,            <u>ORDER VACATING
                                             DESIGNATION OF CASE</u>
    - against -                          <u>FOR INCLUSION IN
                                             PILOT PROJECT</u>
BANK OF AMERICA CORP., et al.,               <u>REGARDING CASE
                                             MANAGEMENT</u>
                 Defendants.            <u>TECHNIQUES FOR
                                             COMPLEX CIVIL CASES</u>

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS**, this case was previously designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project"), it is hereby

      **ORDERED** that designation is hereby vacated, and the Clerk of Court shall remove the COMPLEX-CSMGMT flag.

      SO ORDERED.

Dated:    New York, New York
           October 16, 2012

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE