UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| ANNIE BELL ADAMS, DENNIS ) | |
| PAUL FOBES, LEIGH E. FOBES, ) | |
| MARGARET LAMBERT, and ) | CIVIL ACTION NO.: |
| BETTY L. GUNTER, on behalf of ) | 12-Civ-7461 (NRB) |
| themselves and all others similarly ) | |
| situated, ) | MOTION FOR ADMISSION |
| ) | *PRO HAC VICE* |
| Plaintiffs, ) | |
| ) | |
| versus ) | |
| ) | |
| BANK OF AMERICAN CORP., et al. ) | |
| ) | |
| Defendants. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, John Walter Sharbrough, III, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiffs in the above-captioned action.

I am in good standing of the bar of the United States District Court for the Southern District of Alabama, and there are no pending disciplinary proceedings against me in any state or federal court.  A certificate of good standing from the Southern District of Alabama is annexed hereto as Exhibit A.  A proposed Order for Admission *Pro Hac Vice* is annexed hereto as Exhibit B.

Dated: October 18, 2012

                                                             Respectfully submitted,
                                                             Counsel for Plaintiffs

                                                            /s/ *John Walter Sharbrough, III*

JOHN WALTER SHARBROUGH, III
JOHN W. SHARBROUGH, III, PC
114 Eaton Square
Mobile, AL  36608-1936
(251) 432-1413
(251) 432-1441 direct line
(251) 432-5297 fax
john@sharbroughlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2012, I filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record in this matter.

*/s/John Walter Sharbrough, III*
John W. Sharbrough, III

Exhibit A



**ALABAMA STATE BAR**

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

  *I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that John Walter Sharbrough III has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

  *I further certify that John Walter Sharbrough III was admitted to the Alabama State Bar September 26, 1988.*

  *I further certify that the said John Walter Sharbrough III is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2013.*

  *IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 16th day of October, 2012.*

                                  *Keith B. Norman*
                                  _____
                                  *Keith B. Norman, Secretary*





LAWYERS RENDER SERVICE

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| **ANNIE BELL ADAMS, DENNIS PAUL FOBES, LEIGH E. FOBES, MARGARET LAMBERT, and BETTY L. GUNTER,** on behalf of themselves and all others similarly situated, | CIVIL ACTION NO.: 12-Civ-7461 (NRB) |
| **Plaintiffs,** | ORDER FOR ADMISSION *PRO HAC VICE* |
| versus | |
| **BANK OF AMERICAN CORP., et al.** | |
| **Defendants.** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The motion of JOHN WALTER SHARBROUGH, III, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for admission to practice *pro hac vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the United States District Court for the Southern District of Alabama: and that his contact information is as follows:

> John Walter Sharbrough, III
> John W. Sharbrough, III, PC
> 114 Eaton Square
> Mobile, AL  36608-1936
> (251) 432-1413
> (251) 432-1441 direct line
> (251) 432-5297 fax
> john@sharbroughlaw.com

Applicant having requested admission *Pro Hac Vice* shall appear for all purposes as counsel for the Plaintiffs in the above entitled action and all other actions with which this case may be consolidated:

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case and all other cases with which this case is consolidated in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing "ECF" systen, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  If not already paid, counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

So Ordered:   New York, New York
October ___, 2012

_____
United States District Judge