UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-8-2013
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANNIE BELL ADAMS, DENNIS )
PAUL FOBES, LEIGH E. FOBES, )
MARGARET LAMBERT, and )
BETTY L. GUNTER, on behalf of )
themselves and all others similarly )
situated, )
)
          Plaintiffs, )
)
                versus )
)
BANK OF AMERICA CORP., et al. )
)
          Defendants. )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIVIL ACTION NO.:
12-Civ-7461 (NRB)

ORDER FOR ADMISSION
*PRO HAC VICE*

The motion of JOHN WALTER SHARBROUGH, III, pursuant to Rule 1.3 of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New York, for

admission to practice *pro hac vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the United

States District Court for the Southern District of Alabama: and that his contact information is as

follows:

        John Walter Sharbrough, III
        John W. Sharbrough, III, PC
        114 Eaton Square
        Mobile, AL  36608-1936
        (251) 432-1413
        (251) 432-1441 direct line
        (251) 432-5297 fax
        john@sharbroughlaw.com

Applicant having requested admission *Pro Hac Vice* shall appear for all purposes as counsel for the Plaintiffs in the above entitled action and all other actions with which this case may be consolidated:

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case and all other cases with which this case is consolidated in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing "ECF" systen, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. If not already paid, counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

So Ordered:   New York, New York

~~October~~ January 7 , 201~~X~~3

United States District Judge