```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ANNIE BELL ADAMS, DENNIS )
PAUL FOBES, LEIGH E. FOBES, )
MARGARET LAMBERT, and ) CIVIL ACTION NO.:
BETTY L. GUNTER, on behalf of ) 12-Civ-7461 (NRB)
themselves and all others similarly )
situated, ) NOTICE OF DISMISSAL
) PURSUANT TO RULE 41(a)
Plaintiffs, )
)
versus )
)
BANK OF AMERICA CORP., et al. )
)
Defendants. )
------------------------------------x

The Plaintiffs in the above styled action, in which no responsive pleading has been filed and no class certified, give notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 5, 2014

                                            Respectfully submitted,
                                            Counsel for Plaintiffs

                                            /s/ *John Walter Sharbrough, III*
                                            JOHN WALTER SHARBROUGH, III
                                            JOHN W. SHARBROUGH, III, PC
                                            114 Eaton Square
                                            Mobile, AL 36608-1936
                                            (251) 432-1413
                                            (251) 432-1441 direct line
                                            (251) 432-5297 fax
                                            john@sharbroughlaw.com

**SO ORDERED:**

*[signature]*

**U.S.D.J.**   11/7/14

Notice of Dismissal-Page 1